IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DAVID VERNON BRAY, JR., : | |
| : | |
| Petitioner, : | |
| : | Case No. 3:15-cv-65 |
| v. : | |
| : | Proceedings under 28 U.S.C. § 2254 |
| HOMER BRYSON, Commissioner, : | |
| : | |
| Respondent. : | |
| _____ : | |

## ORDER ON THE REPORT AND RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of the United States Magistrate Judge [Doc. 14] to dismiss Petitioner's Petition seeking a writ of habeas corpus under 28 U.S.C. § 2254 [Doc. 1] and deny Petitioner's "Motion for Discovery" [Doc. 5] and request for an evidentiary hearing. Petitioner did not file an objection to the Recommendation, and the time in which to do so has expired. Having considered the matter, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Report and Recommendation [Doc. 14] is **ADOPTED** and **MADE THE ORDER OF THE COURT**. Petitioner's Petition is **DISMISSED** [Doc. 1] and Petitioner's Motion [Doc. 5] and request for evidentiary hearing is **DENIED** for the reasons set forth in the Recommendation.

Additionally, because Petitioner has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is **DENIED**.

**SO ORDERED,** this 27th day of April, 2016.

<u>S/ C. Ashley Royal</u>
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

JRF